Murray A. Zatman (SBN #047271)
LAW OFFICE OF MURRAY A. ZATMAN
1120 College Ave.
Santa Rosa, CA 95404
Telephone: (707) 542-9700
Facsimile: (707) 542-9713

Attorney for Don D. Dannewitz,

## U.S. DISTRICT COURT NORTHERN CALIFORNIA

DON D. DANNEWITZ,
Plaintiff,

vs.

ELOISE PEASLEE, ET AL.
Defendants.

Case No. C05-2352 EMC

STIPULATION FOR 90 DAY CONTINUANCE OF CASE MANAGEMENT CONFERENCE FROM 10/26/05 to 1/25/06. IN RE: SETTLEMENT OF CASE BETWEEN MURRAY A. ZATMAN AND BRUCE KNIVILA., ATTORNEYS FOR PARTIES.

ORDER

I, MURRAY A. ZATMAN, declare that I am the attorney for DON D. DANNEWITZ, plaintiff. By this pleading, I hereby declare opposing counsel, BRUCE KNIVILA and I have agreed to a 90 Day continuance for the Case management Conference set for October 26th, 2005, in order to make preparations to resolve the issues surrounding the matter of Dannewitz v. Peaslee.

By this declaration, we request a new hearing date of 1/25/06.

DATED: October 11, 2005 at Santa Rosa, California

MURRAY A. ZATMAN, ESQ.

DATED: October 11, 2005 at Portland, Oregon

BRUCE KNIVILA, ESQ.

IT IS SO ORDERED. CMC reset for 1/25/06 at 1:30 p.m. CMC statement due 1/18/06.

EDWARD M. CHEN, MAGISTRATE JUDGE

10/13/05
Date