1  Murray A. Zatman
   Attorney at Law - Calif. SB #047271
2  1120 College Avenue
   Santa Rosa, California 95404
3  Telephone: 707-542-9700
   Facsimile: 707-542-9713
4

5  Attorneys for Plaintiff
   Don D. Dannewitz
6

7  Susan D. Marmaduke
   Harrang Long Gary Rudnick P.C.
   1001 SW Fifth Avenue, Suite 1650
8  Portland, Oregon 97204
   Telephone: 503-242-0000
9  Facsimile: 503-241-1458

10 Attorneys for Defendant
   Eloise Peaslee
11

12

13

## UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON D. DANNEWITZ, | Case No. C05-2352 EMC |
| Plaintiff, | |
| v. | **STIPULATED JUDGMENT OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |
| ELOISE PEASLEE, et al., | |
| Defendant. | ORDER |

Page 1 – **STIPULATED JUDGMENT OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE** Case No. C05-2352 EMC

LAW OFFICES OF
MURRAY A. ZATMAN
1120 College Avenue
Santa Rosa, CA 95404
Phone (707) 542-9700
Fax (707) 542-9713

1
2   Based on the stipulation of the parties, plaintiffs have agreed to dismiss all claims in this lawsuit with prejudice and without attorney fees or costs.
3
4   IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without attorney fees or costs awarded to any of the parties.
5
6   DATED ___March 15___, 2006.
7
8   The Honorable
    Magistrate Judge
9
    *IT IS SO ORDERED*
    *Judge Edward M. Chen*
10  IT IS SO STIPULATED:
11
12  **MURRAY A. ZATMAN**                       **HARRANG LONG GARY RUDNICK P.C.**
13
14  _____                    By _____
    MURRAY A. ZATMAN                            Susan D. Marmaduke
15  Attorney for Plaintiff Dannewitz            Of Attorneys for Defendant Peaslee
16
17
18
19
20
21
22
23
24
25
26

Page 2 – **STIPULATED JUDGMENT OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE** Case No. C05-2352 EMC

LAW OFFICES OF
MURRAY A. ZATMAN
1120 College Avenue
Santa Rosa, CA 95404
Phone (707) 542-9700
Fax (707) 542-9713